## KANSAS CITY, M. & B. R. R. CO. v. STILES.

(Decided May 20, 1915.)

APPEAL from Birmingham City Court.

Heard before Hon. H. A. SHARPE.

FORNEY JOHNSTON, for appellant. R. C. BRICKELL, Attorney General, for appellee.

SOMERVILLE, J.—Affirmed on authority of *K. C., M. & B. R. R. Co. v. Stiles*, 182 Ala. 138, 62 South. 734.

All the Justices concur.

---

## LANGHAM v. THE STATE.

(Decided January 14, 1915.)

CERTIORARI to Court of Appeals.

PAGE, McMILLAN & BROOKS, and D. M. POWELL, for appellant. W. L. MARTIN, Attorney General, for the State.

SOMERVILLE, J.—Judgment of Court of Appeals in *Langham v. State*, 12 Ala. App. 46, 68 South. 504, is affirmed and writ denied.

All the Justices concur.

---

## MATTHEWS v. MATTHEWS.

(Decided May 13, 1915.)

APPEAL from Lamar Chancery Court.

Heard before Hon. W. H. SIMPSON.

WALTER NESMITH, and WALTER L. THOMPSON, for appellant. J. C. MILNER, and KELLY & YOUNG, for appellee.

Per curiam. Affirmed on the facts.